# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. ED CV <u>14-1182-JAK (PLA)</u>                                  Date <u>July 14, 2014</u>

Title:   <u>Karen Leslie Van Dyke v. Carolyn W. Colvin</u>

-------------------------------------------------------------------------------------------------------

☐ **U.S. DISTRICT JUDGE**

PRESENT:  THE HONORABLE <u>PAUL L. ABRAMS</u>

☒ **MAGISTRATE JUDGE**

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| NONE | NONE |

**PROCEEDINGS:**          **(IN CHAMBERS)**

Pursuant to this Court's Order of June 11, 2014, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph I of the Court's Order within twenty-eight days of the filing on the complaint, <u>i.e.</u>, by July 8, 2014.  To date, the Proof of Service has not been filed with the Court.  Accordingly, **no later than July 21, 2014, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders.  Filing of the Proof of Service on or before July 21, 2014, shall be deemed compliance with this Order to Show Cause.

cc:     Vijay Jagdish Patel, Esq.
        Office of US Attorney - Civil Division

Initials of Deputy Clerk_____ch_____

CV-90 (10/98)                          CIVIL  MINUTES  -  GENERAL